# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1323
_____

Deverick Scott

*Plaintiff - Appellant*

v.

Pamela Cook, Sergeant, Varner Supermax

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: August 12, 2020
Filed: August 17, 2020
[Unpublished]
_____

Before COLLOTON, WOLLMAN, and BENTON, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Deverick Scott appeals the district court's[1] adverse grant of summary judgment. Viewing the record in a light

_____

[1]The Honorable D. P. Marshall Jr., Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the

most favorable to Scott, <u>see</u> <u>Mbonyunkiza v. Beasley</u>, 956 F.3d 1048, 1050 (8th Cir. 2020) (de novo review), we agree with the district court that because some evidence supported the disciplinary report Scott was issued, his First Amendment retaliation claim arising from that report failed, <u>see</u> <u>Santiago v. Blair</u>, 707 F.3d 984, 993 (8th Cir. 2013) (defendant may successfully defend against retaliatory discipline claim with some evidence that inmate actually violated prison rule). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

—————————————————————

Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.